# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 26-436V**
Filed: October 14, 2026

| | |
|---|---|
| MARCI LYNN DEVINCENZO GIBELLINO, | * |
| Petitioner, | * |
| v. | * |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * |
| Respondent. | * |

*Jeffrey Pop*, Jeffrey S. Pop & Associates, P.C., Beverly Hills, CA, for Petitioner.
*Nathaniel Trager*, U.S. Department of Justice, Washington, DC, for Respondent.

## RULING ON ENTITLEMENT[1]

**Shah**, Special Master:

On March 18, 2026, Marci Lynn DeVicenzo Gibellino ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §§ 300aa-10, *et seq.*[2] (the "Vaccine Act" or "Program"). ECF No. 1 ("Pet."). The petition alleges that Petitioner

[1] Because this Ruling contains a reasoned explanation for the action in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). This means the Ruling will be available to anyone with access to the internet. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

developed Guillain-Barré syndrome ("GBS") as a result of the influenza ("flu") vaccination she received on October 17, 2024.[3] *Id.* at 1; ECF No. 15 ("Resp't's Rep.") at 1.

On October 13, 2026, Respondent filed his Rule 4(c) Report, in which he conceded that Petitioner is entitled to compensation in this case. Resp't's Rep. at 1, 5. Specifically, Respondent stated:

> It is [R]espondent's position that [P]etitioner has satisfied the criteria set forth in the Vaccine Injury Table (Table) and the Qualifications and Aids to Interpretation (QAI), which afford petitioner a presumption of causation if the onset of GBS occurs between three and forty-two days after a seasonal flu vaccination and there is no apparent alternative cause. 42 C.F.R. § 100.3 (a)(XIV)(D), (c)(15).

*Id*. at 4.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.** A separate order for the damages phase of this case will issue shortly.

**IT IS SO ORDERED.**

**s/ Jennifer A. Shah**
Jennifer A. Shah
Special Master

[3] Petitioner also received an HPV vaccine on October 15, 2024. Pet. at 1.